**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-6416**

———————————

JAMES KISER HAZEL, JR., collectively, the
Rastafari Congregation; ROGER S. LEGETTE, Ras,
collectively, the Rastafari Congregation; ADI
SUPREME GOD ALLAH, Ras, collectively, the
Rastafari Congregation; TYLER MATTRESS, Ras,
collectively, the Rastafari Congregation;
ANTONIO ABNATHEY, Ras, collectively, the
Rastafari Congregation,

Plaintiffs - Appellants,

and

JOHNNY MORGAN, Ras, collectively, the
Rastafari Congregation; CHEMEL CARL WILSON,
Ras, collectively, the Rastafari Congregation;
CHARLES MASON, JR., Ras, collectively, the
Rastafari Congregation; WILLIE J. THOMPSON,
Ras, collectively, the Rastafari Congregation;
STEFEN EMIRA HARRIS, Ras, collectively, the
Rastafari Congregation; CARLOS JONES, Ras,
collectively, the Rastafari Congregation; EL
SHADDAI MASADA, Ras, collectively, the
Rastafari Congregation; ALONZO HARVIN, Ras,
collectively, the Rastafari Congregation,

Plaintiffs,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; GARY
MAYNARD, Director,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Henry M. Herlong, Jr., District Judge. (CA-01-2739-4-20-BC)

Submitted: September 29, 2003          Decided: October 17, 2003

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed in part and affirmed in part by unpublished per curiam opinion.

James Kiser Hazel, Jr., Roger S. Legette, Adi Supreme God Allah, Tyler Mattress, Anthony Abnathey, Appellants Pro Se.  Terry B. Millar, TERRY B. MILLAR, L.L.C., Rock Hill, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Inmates James Kiser Hazel, Jr., Roger S. Legette, Adi Supreme God Allah, Tyler Mattress, and Antonio Abnathey seek to appeal the district court's order granting summary judgment to the South Carolina Department of Corrections (SCDC) and Gary Maynard, the Director of the Department of Corrections. The Appellants, along with eight other prisoners at Kershaw Correctional Institution who did not join the appeal, claimed the institution discriminated against them in violation of their First and Fourteenth Amendment Rights pursuant to 42 U.S.C. § 1983 (2000), and in violation of state law. The district court granted summary judgment to the Defendants. We dismiss as moot Appellants' appeal of the denial of injunctive relief because they are no longer incarcerated at Kershaw; Hazel has been released from custody, Legette has been transferred to Evans Correctional Institution, Allah and Mattress have been transferred to Lee Correctional Institution; and Abnathey has been transferred to McCormick Correctional Institution. See Williams v. Griffin, 952 F.2d 820, 823 (4th Cir. 1991); Inmates v. Owens, 561 F.2d 560, 562 (4th Cir. 1977).

As to Appellants' claims for monetary relief, we have thoroughly reviewed the record and find no reversible error. Accordingly, we affirm the district court's order as to Appellants' claims for monetary damages. See Morgan v. S.C. Dep't of Corrections, No. CA-01-2739-4-20-BC (D.S.C. Feb. 25, 2003). We

3

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED IN PART, AFFIRMED IN PART</u>
